MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0732 RS |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| GIL RIVAS-APARICIO, ) | |
|     Defendant. ) | |

    The defendant appeared for his first status conference before this Court on October 25, 2011. The defense requested that this matter be continued to November 15, 2011. Defense counsel needs additional time to review the discovery. The Government did not object to the continuance. The parties have agreed to exclude the period of time between October 25, 2011 to November 15, 2011, from any time limits applicable under 18 U.S.C. § 3161. Defense counsel represented that granting the exclusion would allow the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best

1  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the
2  hearing, the Court made findings consistent with this agreement.
3  SO STIPULATED:

                                       MELINDA HAAG
                                       United States Attorney

DATED: October 27, 2011                /s/
                                       SUSAN PHAN
                                       Special Assistant U.S. Attorney

DATED: October 27, 2011                /s/
                                       CHRISTOPHER F. MORALES
                                       Attorney for GIL RIVAS-APARICIO

[~~PROPOSED~~] ORDER

For the reasons stated above at the October 25, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 25, 2011 to November 15, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 10/27/11

_____
RICHARD SEEBORG
United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0732 RS