| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | SUSAN PHAN (CABN 241637)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 7 | Facsimile: (415) 436-7234<br>E-Mail: Susan.Phan@usdoj.gov |
| 8 | Attorneys for the Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0732 RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18** |
| GIL RIVAS-APARICIO, | ) | **U.S.C. § 3161** |
| Defendant. | ) | |

The defendant appeared for a status conference before this Court on November 15, 2011. Defense counsel requested that this matter be continued to November 29, 2011. The Government did not object to the continuance. Defense counsel provided reciprocal discovery to the Government and believed that the documents could affect the outcome of the litigation. The Government needed time to review the documents. The parties have agreed to exclude the period of time between November 15, 2011 to November 29, 2011, from any time limits applicable under 18 U.S.C. § 3161. Defense counsel represented that granting the exclusion would allow the reasonable time necessary for effective preparation. *See* 18 U.S.C. §

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0732 RS

1  3161(h)(7)(B)(iv).  The parties also agree that good cause exists, and that the ends of justice
2  served by granting such an exclusion of time outweigh the best interests of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings
4  consistent with this agreement.
5  SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney


9  DATED: November 21, 2011          _____/s/_____
                                    SUSAN PHAN
10                                   Special Assistant U.S. Attorney


12 DATED: November 21, 2011          _____/s/_____
                                    CHRISTOPHER F. MORALES
13                                   Attorney for GIL RIVAS-APARICIO

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0732 RS

1  [PROPOSED] ORDER

2   For the reasons stated above at the November 15, 2011 status conference, the Court finds
3  that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
4  November 15, 2011 to November 29, 2011 is warranted and that good cause exists, and the ends
5  of justice served by the continuance outweigh the best interests of the public and the defendant in
6  a speedy trial.  18 U.S.C. §3161(h)(7)(A).

7
8   IT IS SO ORDERED.
9
10  DATED: 11/23/11
    RICHARD SEEBORG
11  United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0732 RS